UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WACOM CO., LTD. and WACOM TECHNOLOGY CORPORATION,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>HANVON CORPORATION and HANWANG TECHNOLOGY CO., LTD.,<br><br>　　　　Defendants. | Case No. C06-5701RJB<br><br>ORDER ON CR 37 JOINT SUBMISSION REGARDING DEFENDANTS' INTERROGATORY NO. 5 AND REQUESTS FOR PRODUCTION NOS. 16 THROUGH 18 |

This matter comes before the court the above-referenced CR 37 Joint Submission (Dkt. 78). The court is familiar with the records and files herein and now makes the following Order:

In regard to defendants' Interrogatory No. 5, it should be modified as follows, and plaintiff should respond to the interrogatory as modified:

> Describe all investigation and analysis performed prior to Wacom's filing of this lawsuit to determine if any product produced, offered for sale, and/or sold by defendants infringes Wacom's patents in suit, including all reverse engineering, studies, reports, analysis performed to determine whether defendants' products infringe Wacom's patents in suit, all persons involved in investigation and analysis, and the dates that each aspect of the investigation occurred.

> Plaintiffs should further provide a privilege log describing specifically any documents or individuals plaintiff claims to be privileged from discovery and the grounds of such privilege.

ORDER
Page - 1

As to Requests for Production Nos. 16, 17 and 18, said requests are overbroad as written and need not be responded to in their present form.

IT IS SO ORDERED.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 16th day of November, 2007.

*Robert J. Bryan* (signature)
ROBERT J. BRYAN
United States District Judge